UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TURAL DZHAKHANHIRLI,<br><br>                Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | CASE NO. 2:25-cv-02123-JHC-BAT<br><br>**REPORT AND RECOMMENDATION** |

      Petitioner, a NW Immigration Detention Center detainee, filed a proposed § 2241 petition for writ of habeas corpus on October 17, 2025, without paying the filing fee or applying to proceed *in forma pauperis* (IFP). The clerk notified Petitioner he must either pay the filing fee or submit a sufficient IFP application by November 28, 2025 or the case would be subject to dismissal. Petitioner has not responded.

      The Court having reviewed the records in this case and in the criminal case filed in this Court against Petitioner, recommends this matter be DISMISSED without prejudice for the following reasons. First, Petitioner has failed to pay the filing fee and has failed to apply to proceed IFP.

      Second, the Court takes notice of its own records that Petitioner is detained following his arrest, prosecution, and conviction for unlawful entry in violation of 8 U.S.C. § 1325(a)(1). *See*

REPORT AND RECOMMENDATION - 1

*United States v. Dzhakanhirli*, CR25-072-BAT. Because Petitioner was arrested just after he unlawfully crossed into the United States from Canada, he is subject to mandatory detention 8 U.S.C. § 1225(b)(2) and is not entitled to a bond hearing. As he is accordingly not statutorily entitled to a bond hearing as he suggests, and has not applied to proceed IFP, the Court recommends:

    1.    The § 2241 writ for habeas corpus be **DENIED** without prejudice.

    2.    Should Petitioner pay the filing fee or submit an IFP application before adoption of this recommendation, the matter should be **RE-REFERRED** to the undersigned United States Magistrate Judge.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Thus, Petitioner should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **December 18, 2025.** The Clerk shall note the matter for **December 19, 2025**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. The failure to timely object may affect the right to appeal.

DATED this 1st day of December, 2025.

                                                              _____
                                                              BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge

REPORT AND RECOMMENDATION - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

REPORT AND RECOMMENDATION - 3