UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TURAL DZHAKHANHIRLI,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. 2:25-cv-02123-JHC-BAT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court has considered, *de novo*, the assigned United States Magistrate Judge's report and recommendation, the record and the Court's files, and ORDERS:

    1.    The report and recommendation, to which there is no objection, is adopted. The petition is dismissed without prejudice.

    2.    The Clerk shall provide a copy of this order to all parties.

DATED this 19th day of December, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL WITHOUT
PREJUDICE - 1