# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TURAL DZHAKHANHIRLI,<br><br>                    Petitioner,<br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:25-cv-02123-JHC-BAT |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved.  The case is dismissed without prejudice.

Dated this 19th day of December, 2025.

RAVI SUBRAMANIAN
Clerk of Court

/s/Ashleigh Drecktrah
Deputy Clerk
